UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | No. B-10-80956 C-13D |
| Eddie Raye Roberson | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER**

An objection was filed to the claim of the Internal Revenue Service ("claimant") by the Debtor to the priority claim in the amount of $45,575.43. Notice and opportunity to be heard was given to the claimant and the claimant was required to file a written response with the Court on or before February 19, 2011. No written response having been filed, and the Court after considering the objection, finds that the objection filed should be sustained; therefore, it is

ORDERED that the claim of the claimant shall be allowed as a general unsecured claim in the amount of $45,575.43.

# PARTIES TO BE SERVED
## B-10-80956 C-13D

Eddie R. Roberson
144 Jack Bennett Road
Chapel Hill, NC 27517

Christian B. Felden, Esq.
201 Shannon Oaks Cr., Ste. 200
Cary, NC 27511

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
2303 Meadowview Road
Insolvency, Mail Stop 9
Greensboro, NC 27407

U S Attorney
PO Box 1858
Greensboro, NC 27402